**Order entered July 16, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-01141-CR

**JEREMY JOHN SANDERSFELD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-82341-07**

## ORDER

Appellant has informed the Court that he wishes to file a pro se response to the *Anders* brief filed by appellate counsel. Accordingly, we **ORDER** appellate counsel Pamela Lakatos to provide appellant with copies of the clerk's and reporter's records. Ms. Lakatos shall ensure that the copies she sends to appellant are redacted to eliminate any personal or contact information regarding the complaining witness. We further **ORDER** Ms. Lakatos to provide this Court, within **THIRTY DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **OCTOBER 1, 2014**

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable John Roach, Jr., Presiding Judge, 296th Judicial District Court; Janet Dugger, official

court reporter, 296th Judicial District Court; Andrea Stroh Thompson, Collin County District Clerk; and Pamela Lakatos.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Jeremy Sandersfeld, TDCJ No. 1875695, Luther Unit, 1800 Luther Dr., Navasota, Texas 77868.


/s/     LANA MYERS
           JUSTICE